■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD DANSEN, Appellant, v. WARDEN OF QUEENS COUNTY HOUSE OF DETENTION FOR MEN, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Queens County, entered May 25, 1965, which dismissed the writ and remanded him to the custody of respondent. Appeal deemed withdrawn, without costs, upon the stipulation of appellant's assigned counsel and the District Attorney of Queens County, which states that relator is no longer in respondent's custody but was released to the custody of the North Carolina Board of Parole on July 27, 1965. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEIL KING, Appellant, v. EDWARD M. FAY, as Warden of Green Haven State Prison, Respondent.— On the court's own motion, its decision dated April 11, 1966 is amended to read as follows: In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, entered November 24, 1964, which, after a hearing, dismissed the writ and remanded relator to custody. Judgment reversed on the law, without costs, and proceeding remitted to the court below for the purpose of: (1) holding a further hearing; (2) assigning counsel to represent relator on such hearing; and (3) making a determination *de novo* on the basis of the proof adduced upon such hearing. No questions of fact were considered. We believe it was error for the court below to disregard relator's request that counsel be appointed to represent him and to dismiss the writ without granting that request